**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed October 27, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00682-CV

---

## IN RE EQUINOR TEXAS ONSHORE PROPERTIES F/K/A STATOIL TEXAS ONSHORE PROPERTIES LLC; EQUINOR MARKETING & TRADING (US) INC.; AND EQUINOR NATURAL GAS LLC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-05368**

---

## MEMORANDUM OPINION

On September 22, 2022, relators Equinor Texas Onshore Properties f/k/a Statoil Texas Onshore Properties LLC; Equinor Marketing & Trading (US) Inc;, and Equinor Natural Gas LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Donna Roth, presiding judge of the 295th

District Court of Harris County, to vacate her August 31, 2022 order granting real party in interest's motion to compel arbitration and denying relators' application for temporary restraining order, preliminary injunction, and permanent injunction.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson (Spain, J., dissenting).